JAMES DAL BON
CA BAR #157942
LAW OFFICES OF JAMES DAL BON
28 NORTH 1ST STREET SUITE 210
SAN JOSE, CA 95113
(408)297-4279

ATTORNEY FOR PLAINTIFF

FILED

2008 AUG -4  P 2: 28

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RAFAEL SENCHAM ) Case No:
)
Plaintiff, ) DEMAND FOR JURY TRIAL
)
vs. )
)
DISH DASH LLC, dba DISHDASH )
)
RESTAURANT NADIAH MSHASHA dba )
)
DISHDASH RESTAURANT AND DOES 1- )
)
10 )
)
Defendants )

Defendants

Plaintiff demands a jury trial.

JAMES DAL BON
LAW OFFICES OF JAMES
DAL BON

COMPLAINT - 10