**United States District Court**
For the Northern District of California

*E-FILED 11/20/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL SENCHAM,<br><br>          Plaintiff,<br><br>v.<br><br>DISH DASH, LLC, et al.,<br><br>          Defendants.<br>_____/ | No. C 08-03722 RS<br><br>**ORDER CONTINUING<br>CASE MANAGEMENT CONFERENCE** |

The above-entitled case was scheduled for a Case Management Conference on November 26, 2008 at 2:30 p.m. Pursuant to Civil L.R. 16-9, a Joint Case Management Conference Statement was to be filed with the Court seven days prior to the Conference. The parties failed to file a Joint Statement timely. Therefore, the Court continues the case management conference to **December 10, 2008 at 2:30 p.m.**

All parties shall make a determination regarding the issue of consent to the jurisdiction of the Magistrate Judge and file the appropriate form no later than December 3, 2008. The parties shall file a Joint Case Management Conference Statement on or before December 3, 2008. Counsel for plaintiff shall serve this order on defendants.

IT IS SO ORDERED.

Dated: 11/20/08

_____
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

James Dal Bon    jdblaw@earthlink.net

Dated: 11/20/08

   /s/ BAK
Chambers of Magistrate Judge Richard Seeborg

2