*E-FILED 12/4/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL SENCHAM, | No. C 08-03722 RS |
| Plaintiff, | **ORDER CONTINUING** |
| v. | **CASE MANAGEMENT CONFERENCE** |
| DISH DASH, LLC, et al., | |
| Defendants. | |

Pursuant to this Court's order dated November 20, 2008, all parties were ordered to make a determination regarding the issue of consent to the jurisdiction of the Magistrate Judge and file the appropriate form no later than December 3, 2008. The parties were further ordered to file a Joint Case Management Conference Statement on or before December 3, 2008. No joint statement was timely filed.

All parties shall make a determination regarding the issue of consent to the jurisdiction of the Magistrate Judge and file the appropriate form no later than December 8, 2008. The parties shall file a Joint Case Management Conference Statement on or before December 8, 2008.

The case management conference set for December 10, 2008 at 2:30 p.m. is continued to **December 12, 2008 at 2:30 p.m.**

IT IS SO ORDERED.

Dated:  12/4/08

RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

James Dal Bon    jdblaw@earthlink.net

A. Nick Shamiyeh    shamiyeh@pacbell.net

Dated: 12/4/08

      /s/ BAK
Chambers of Magistrate Judge Richard Seeborg

2